# STATE OF MICHIGAN

# COURT OF APPEALS

WEBSTER TOWNSHIP,

        Plaintiff/Counter-Defendant-
Appellee,

and

JOHN SCHARF, ANDREA SCHARF, DUNCAN
J.J. MAGOON AND MARILYN J MAGOON
REVOCABLE TRUST, and SUBHAM
HOLDINGS, L.L.C.

        Intervening Plaintiffs-Appellees,

v

DANIEL WAITZ, LAURA WAITZ, and
COTTONWOOD BARN, L.L.C.,

        Defendants/Counter-Plaintiffs-
Appellants.

UNPUBLISHED
June 7, 2016

No. 325008
Washtenaw Circuit Court
LC No. 2013-000948-CZ

Before: O'CONNELL, P.J., and OWENS and BECKERING, JJ.

OWENS, J. (*concurring*).

I concur in the result reached by the majority opinion for the reasons given in Judge Beckering's concurrence.

/s/ Donald S. Owens

-1-